UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 17-488 (RMB) |
| v. | : | |
| DAVON LEAK | : | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel A. Friedman, Assistant United States Attorney, is appearing for the United States in the above-captioned matter.

*s/ Daniel A. Friedman*
By: DANIEL A. FRIEDMAN
Assistant U.S. Attorney

Dated: July 24, 2025